McGREGOR W. SCOT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-po-00017-SAB |
|---|---|
| Plaintiff, | [Citation #F5384088 CA/42] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| WYATT A. BROWN, | |
| Defendant. | |

    The United States of America, by and through McGregor W. Scott, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00017-SAB [Citation #F5384088 CA/42] against WYATT A. BROWN without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 9, 2019                                Respectfully submitted,

                                                          McGREGOR W. SCOTT
                                                          United States Attorney

                                       By:     /s/ Michael G. Tierney
                                                          MICHAEL G. TIERNEY
                                                          Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:19-po-00017-SAB [Citation #F5384088 CA/42] against WYATT A. BROWN be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **April 9, 2019**

UNITED STATES MAGISTRATE JUDGE